UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIE LEE WILBON, III | CIVIL ACTION |
| VERSUS | NO. 11-0014 |
| JAMES ANDERSON, ET AL. | SECTION "F"(4) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Willie Lee Wilbon, III's claims under 42 U.S.C. § 1983 against the defendants, Detectives James Anderson, Gerard Dugue, Marco Demma, Daniel McMullen, and Jeff Jacob are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e) and § 1915A and 42 U.S.C. § 1997e(c), because the claims are prescribed.

New Orleans, Louisiana, this ____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE